UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) Court No. 04-cv-40184
)
CASSIE LESLIE-DODGE, )
)
Defendant. )

**AFFIDAVIT SUPPORTING UNITED STATES' MOTION FOR DEFAULT**

I, Nancy M. Rojas, state under oath that:

1. I am a Paralegal with the United States Attorney's Office Financial Litigation Unit located in Boston, Massachusetts.

2. In that capacity, I process and maintain debt collection cases, including the case of Cassie Leslie-Dodge (hereinafter "Leslie-Dodge"). I am also the custodian of the records for such cases.

3. Leslie-Dodge was served, according to the return of service, with a summons and complaint on February 8, 2005 at 20 Finlay Road, Sturbridge, MA 01566. See attached exhibit "A". As of March 29, 2005, Leslie-Dodge has not served on the United States Attorney an answer, or other responsive pleading, to the complaint in the above captioned action.

Nancy M. Rojas
Paralegal

Date: March 30, 2005

Signed and sworn to before me at Boston, Massachusetts, on this 30 day of March 2005

Notary Public

My commission expires:

JOANNE [illegible] NO
Notary Public
Commonwealth of Massachusetts
My Commission Expires
December [illegible], 2009

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States | 04-40184 |
| DEFENDANT | TYPE OF PROCESS |
| Cassie M Leslie-Dodge | Summons & Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Cassie Leslie Dodge

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 20 Finlay Road, Sturbridge MA 01566

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

[illegible] Office
[illegible]
1 Courthouse Way
Boston, MA 02210

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

* [illegible] Rule 4(e)(2) and Mass R.C.P. 4(d)(1), please [illegible] by leaving copies at the last and usual place of [illegible] prior to February [illegible], 2005

Signature of Attorney or other Originator requesting service on behalf of: [signature]

☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 617 748 3288

DATE: 1/31/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 38 | [signature] | 1/31/05 |

I hereby certify and ~~return that~~ I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

Name and title of individual served (*if not shown above*)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above*)

| Date of Service | Time | am / pm |
|---|---|---|
| 2/8/05 | 2:00 | pm |

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: FWD to USM - Worcester 1/31/05 nt

* See above

EXHIBIT A

NOTE

PRIOR EDITIONS MAY BE USED

3. NOTICE OF SERVICE

FORM USM-285 (Rev. 12/15/80)