UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**United States of America,**
    **Plaintiff,**

**CIVIL ACTION**
**NO.04- 40184-FDS**

**V.**

**Cassie Leslie-Dodge,**
    **Defendant,**

## NOTICE OF DEFAULT

  Upon application of the Plaintiff, United States, for an order of default for failure of the Defendant, Cassie Leslie-Dodge, to plead or otherwise defend as provided By Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 3rd day of April 2005.

                                  **TONY ANASTAS, CLERK**

                                  **By:  /s/ Martin Castles**
                                        **Deputy Clerk**

**Notice mailed to: all counsel/parties**
(default.not - 10/96)                                                                  [ntcdflt.]