UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CASSIE LESLIE-DODGE, )<br>)<br>Defendant. ) | Court No. 04-40184-FDS |

**UNITED STATES' MOTION FOR DEFAULT JUDGMENT**

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, the plaintiff, United States of America, moves this Court to enter judgment by default against the defendant, Cassie Leslie-Dodge (hereinafter "Leslie-Dodge"), for failing to plead to, or otherwise defend, the complaint for the above captioned action.

In support, the United States says:

1. According to our office records, Leslie-Dodge is indebted to the United States for the principal amount of $3,479.24; plus $744.41 accrued interest at the rate of 6 percent; plus costs. The total balance as of May 25, 2005 was $4,223.65.

2. The submitted affidavit of Nancy M. Rojas, Paralegal for the United States Attorney's Office Financial Litigation Unit, Boston, Massachusetts, establishes that the United States is entitled to recover judgment on default.

WHEREFORE, the United States requests this Court to enter a default judgment against Leslie-Dodge in the sum of $4,223.65; plus interest from the date of judgment at the legal interest rate, computed daily and compounded annually until paid in full; plus costs for this action, including a $250.00 filing fee pursuant to 28 U.S.C. § 2412(a)(2).

        Respectfully submitted,

        UNITED STATES OF AMERICA
        By its attorneys

        MICHAEL J. SULLIVAN
        United States Attorney

By:
    /s/   Christopher R. Donato
   CHRISTOPHER R. DONATO
   Assistant U.S. Attorney
   1 Courthouse Way, Suite 9200
   Boston, MA 02210
   (617) 748-3303

Dated: May 25, 2005

## CERTIFICATE OF SERVICE

Suffolk, s.s.                                                      Boston, MA

    I hereby certify that on this day, May 25, 2005, I served a copy of the foregoing by mailing to Cassie Leslie-Dodge at 20 Finlay Road, Sturbridge, MA 01566.

        /s/   Christopher R. Donato
   CHRISTOPHER R. DONATO
   Assistant U.S. Attorney