UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CASSIE LESLIE-DODGE, )<br>)<br>Defendant. ) | Court No. 04-40184-FDS |

### AFFIDAVIT SUPPORTING UNITED STATES' MOTION FOR DEFAULT JUDGMENT

I, Nancy M. Rojas, state under oath that:

1.  I am a Paralegal with the United States Attorney's Office Financial Litigation Unit located in Boston, Massachusetts.

2.  In that capacity, I process and maintain debt collection cases, including the case of Cassie Leslie-Dodge (hereinafter "Leslie-Dodge"). I am also the custodian of the records for such cases.

3.  According to the records, which I have examined, and to the best of my knowledge, Leslie-Dodge is neither an infant nor an incompetent person.

4.  According to the records of the Department of Defense Manpower Data Center, the defendant is not an active member of the armed services of the United States and is not entitled to protection under the Soldiers' and Sailors' Civil Relief Act of 1940.

5. Upon the claim stated in the complaint, Leslie-Dodge is indebted to the United States for the principal amount of $3,479.24; plus $744.41 accrued interest at the rate of 6 percent; plus costs for this action, including a $250.00 filing fee pursuant to 28 U.S.C. § 2412(a)(2).

_____
Nancy M. Rojas
Paralegal

Date: May 25, 2005

Signed and sworn to before me at Boston, Massachusetts, on this 25th day of May, 2005.

_____
Notary Public

My commission expires:

> JOANNE L. ALBANO
> Notary Public
> Commonwealth of Massachusetts
> My Commission Expires
> December 25, 2009

2